# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BERTHINIA WILLIAMS, an individual,<br><br>        Plaintiff,<br>  v.<br>WESTGATE LAS VEGAS RESORT AND CASINO,<br><br>        Defendant. | Case No. 2:25-cv-00249-MMD-MDC<br><br>ORDER |
| BERTHINIA WILLIAMS, an individual,<br><br>        Plaintiff,<br>  v.<br>KEENA FISHER,<br><br>        Defendant. | Case No. 2:25-cv-00250-JAD-EJY |
| BERTHINIA WILLIAMS, an individual,<br><br>        Plaintiff,<br>  v.<br>VERONICA SEVILLA,<br><br>        Defendant. | Case No. 2:25-cv-00252-JAD-NJK |

Defendants Westgate Las Vegas Resort and Casino, Keena Fisher, and Veronica Sevilla ("Defendants") filed motions to consolidate cases in the above referenced cases. (S*ee* ECF No. 7 in Case No. 2:25-cv-00249-MMD-MDC; ECF No. 5 in Case No. 2:25-cv-00250-JAD-EJY; ECF No. 5 in Case No. 2:25-cv-00252-JAD-NJK.) The presiding District Judges agree that these three cases are related and that there is good cause to consolidate and reassign them to one District Judge under Local Rule 42-1(b) because all three complaints are identical and use the same photocopied pleading, and therefore involve a common question of law and fact. Consolidation and reassignment will promote

judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

It is therefore ordered that Defendant's respective motions to consolidate (ECF No. 7 in Case No. 2:25-cv-00249-MMD-MDC; ECF No. 5 in Case No. 2:25-cv-00250-JAD-EJY; ECF No. 5 in Case No. 2:25-cv-00252-JAD-NJK) are granted.

The Clerk of Court is directed to consolidate Case No. 2:25-cv-00250-JAD-EJY and Case No. 2:25-cv-00252-JAD-NJK with the first-filed case, Case No. 2:25-cv-00249-MMD-MDC. All future pleadings must bear Case No. 2:25-cv-00249-MMD-MDC. The Clerk of Court is further directed to close the latter two cases (Case No. 2:25-cv-00250-JAD-EJY and Case No. 2:25-cv-00252-JAD-NJK).

DATED THIS 28th Day of February 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE